INGA MILLER
4747 E. Elliot Rd. #29-303
Phoenix, AZ 85044
Telephone: (602) 750-1159
reinvestments@cox.net

Debtor in Possession *Pro Per*

FILED
~~RECEIVED~~

2011 JAN 21 P 2: 23

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

IN UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Proceedings Under Chapter 11 |
| ) | |
| INGA MILLER, ) | Case No. 2:10-bk-24542-GBN |
| ) | |
| Debtor and Debtor in Possession. ) | **DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 13** |
| ) | |
| ) | Claimant: Mortgage First |
| ) | Re:  448 E. Fillmore St., |
| ) | Tempe, AZ 85281 |

TO THE HONORABLE. GEORGE B. NIELSEN, JR., UNITED STATES BANKRUPTCY COURT JUDGE. THE CLAIMANT, THE U.S. TRUSTEE AND OTHER INTERESTED PARTIES:

Debtor, INGA MILLER, (herein referred to as "Debtor") in *pro per* files this objection to MORTGAGE FIRST (Claimant) Proof of Claim No. 13 on the grounds that the Claim is not in compliance with Federal Rules of Bankruptcy Procedure.

## BACKGROUND

1. On or about August 4, 2010. Debtor filed a petition for Chapter 11 bankruptcy relief.
2. The Debtor is the owner of record for the property known as 448 E. Fillmore St.,

Tempe, AZ 85281.

3. Claimant's claim is scheduled as unsecured, nonpriority, unliquidated and disputed on Debtor's Schedule F.
4. On December 3, 2010, said property was appraised for $107,000.
5. Claim #13 is for an alleged '2nd mortgage' and there is currently a senior Deed of Trust in the amount of $124,000.
6. This Court set December 20, 2010 as the Bar Date for filing proofs of claim.
7. On or about January 14, 2011 (25 days past the bar date), Claimant filed a Proof of Claim in the amount of $141,315.10.

## CLAIMANT FAILED TO COMPLY WITH FEDERAL RULES OF BANKRUPTCY PROCEDURE RULES 3001 and 3003

8. Claimant's Proof of Claim is not in compliance with FRBP Rule 3001. Claimant filed to provide documentation to support their claim amount.
9. Claimant's Proof of Claim is not in compliance with FRBP Rules 3003(c)(3). Claimant failed to timely file their proof of claim and failed to request an extension of time for cause.

WHEREFORE, the Debtor respectfully requests that this Court:
1. Sustains Debtor's Objection;
2. Denies and disallows Claim No 13 in its entirety; and
3. Grants all such other relief as the Court may deem just and proper.

RESPECTFULLY submitted this 21st of January, 2011.

INGA MILLER
Debtor in Possession *Pro Per*

2 of 2

Case 2:10-bk-24542-GBN    Doc 120    Filed 01/21/11    Entered 01/24/11 10:16:43    Desc
Main Document    Page 2 of 2

01/24/2011