INGA MILLER
4747 E. Elliot Rd. #29-303
Phoenix, AZ 85044
Telephone: (602) 750-1159
reinvestments@cox.net

Debtor in Possession *Pro Per*

FILED
2011 JAN 27 PM 3:36
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Proceedings Under Chapter 11 |
|---|---|---|
| | ) | |
| INGA MILLER, | ) | Case No. 2:10-bk-24542-GBN |
| | ) | |
| Debtor and Debtor in Possession. | ) | **DEBTOR'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT** |

Inga Miller, the debtor and debtor-in-possession herein ("Debtor"), *Pro Per*, hereby submits this Motion and moves for the entry of an Order extending the time to file Chapter 11 Plan and Disclosure Statement and in support thereof states as follows:

1. Debtor filed a petition for relief under Chapter 11 Bankruptcy Code on August 4, 2010.

2. This Honorable Court granted Debtor an extension of exclusivity period to file Chapter 11 Plan and Disclosure Statement until February 1, 2011.

3. Debtor is still undergoing negotiations with creditors and claim objections. Filing the Plan and Disclosure Statement is premature at this time.

4. Debtor respectfully requests an extension of sixty (60) days in which to file the

Chapter 11 Plan and Disclosure Statement.

WHEREFORE, Debtor requests the entry of an Order (attached) extending time within which to file the Chapter 11 Plan and Disclosure Statement for an additional sixty (60) days and for such other and further relief as this Court deems just and proper.

DATED this 27 day of Jan, 2011.

INGA MILLER
Debtor in Possession *Pro Per*

ORIGINAL filed with US Bankruptcy Clerk
And COPY of the foregoing hand-delivered
This 27th day of January, 2011 to:

Jennifer A. Giaimo, Office of the U.S. Trustee
230 N. First Ave, Ste 204
Phoenix, AZ 85003
*(Attorney for the U.S. Trustee)*

INGA MILLER

INGA MILLER
4747 E. Elliot Rd. #29-303
Phoenix, AZ 85044
Telephone: (602) 750-1159
reinvestments@cox.net

Debtor in Possession *Pro Per*

# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Proceedings Under Chapter 11 |
| ) | |
| INGA MILLER, ) | Case No. 2:10-bk-24542-GBN |
| ) | |
| Debtor and Debtor in Possession. ) | **PROPOSED ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT** |

THIS MATTER, came before the Court for consideration of Debtor's *Ex Parte* Motion for Extension of Time to File the Chapter 11 Plan and Disclosure Statement (the Motion). The Court, having reviewed and considered the Motion and finding good cause shown, does

**ORDER that:**

1. Debtor's Motion for Extension of Time to File the Chapter 11 Plan and Disclosure Statement is granted;
2. Debtor shall prepare and file Chapter 11 Plan and Disclosure Statement with this Court on or before _____, 2011; and
3. Debtor shall promptly serve this Order on all parties and creditors and file a certificate of service.

**SIGNED and DATED ABOVE**